SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

─────

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3136

E-MAIL ADDRESS
dwoll@stblaw.com

VIA ECF                                                     May 19, 2015

Re:     Deutsche Alt-A Securities Mortgage Loan Trust, Series
        2006-OA1, by HSBC Bank USA, National Association, as
        Trustee v. DB Structured Products, Inc., No. 12 Civ. 8594;
        Deutsche Alt-A Securities Mortgage Loan Trust, Series
        2006-OA3, by HSBC Bank USA, National Association, as
        Trustee v. DB Structured Products, Inc., No. 13 Civ. 2888;
        Deutsche Alt-A Securities Mortgage Loan Trust, Series
        2006-OA4, by HSBC Bank USA, National Association, as
        Trustee v. DB Structured Products, Inc., No. 13 Civ. 3685

Honorable Judge Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Sweet:

        We represent defendant DB Structured Products, Inc. in the above-captioned
consolidated actions.  On January 7, 2015, Evan I. Cohen filed a Notice of Withdrawal in
each of the above-captioned actions (ECF 44, 21, and 21, respectively, attached hereto as
Exhibits A-C) which informed the Court that he was departing from Simpson Thacher &
Bartlett LLP, attorneys for defendant, but that Simpson Thacher & Bartlett LLP would
remain counsel of record.  The Notice of Withdrawal also requested that Mr. Cohen be
removed from the docket as counsel of record and that ECF notifications in the above-
captioned actions be terminated for Mr. Cohen.  However, Mr. Cohen has remained on the
docket and continues to receive ECF notifications at the email address of his new law firm,
and we have been advised by the Court's staff that judicial authorization is required to
effectuate his removal.

        We therefore respectfully request that Mr. Cohen be removed from the docket as
counsel of record pursuant to the Notices of Withdrawal, and that ECF notifications in the

BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES  PALO ALTO  SÃO PAULO  SEOUL   TOKYO   WASHINGTON,
D.C.

SIMPSON THACHER & BARTLETT LLP

Honorable Judge Robert W. Sweet                    -2-                                    May 19, 2015


above-captioned actions be terminated for Mr. Cohen.  All other attorneys of record for defendants remain.  We appreciate Your Honor's assistance in this regard.


                                                                Respectfully submitted,

                                                                /s/  David J. Woll
                  SO ORDERED:                                   David J. Woll



            _____

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | X | |
|---|---|---|
| DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-OA1, by HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee, | : : : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 12 Civ. 8594 |
| v. | : | |
| | : | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| | : | |
| Defendant. | : | |
| | X | |

---

| | X | |
|---|---|---|
| DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA3, by HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee, | : : : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 13 Civ. 2888 |
| v. | : | |
| | : | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| | : | |
| Defendant. | : | |
| | X | |

---

| | X | |
|---|---|---|
| DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA4, by HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee, | : : : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 13 Civ. 3685 |
| v. | : | |
| | : | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | X | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby gives notice that Evan I. Cohen has departed from Simpson Thacher & Bartlett LLP, and no longer represents DB Structured Products, Inc. in the above-captioned matters. All other attorneys of record for the above-named party remain, so no substitution is required. We request that the Clerk's Office discontinue ECF notifications to Mr. Cohen.

DATED:      New York, NY
              January 6, 2015

SIMPSON THACHER & BARTLETT LLP

By:     /s/ David J. Woll
         Thomas C. Rice (trice@stblaw.com)
         David J. Woll (dwoll@stblaw.com)
         Isaac M. Rethy (irethy@stblaw.com)

         425 Lexington Avenue
         New York, NY 10017-3954
Tel:     (212) 455-2000
Fax:    (212) 455-2502

*Counsel for Defendant DB Structured Products, Inc.*

# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEUTSCHE ALT-A SECURITIES MORTGAGE
LOAN TRUST, SERIES 2006-OA1, by HSBC BANK
USA, NATIONAL ASSOCIATION, as Trustee,

                Plaintiff,

        v.

DB STRUCTURED PRODUCTS, INC.,

                Defendant.

No. 12 Civ. 8594

---

DEUTSCHE ALT-A SECURITIES MORTGAGE
LOAN TRUST, SERIES 2007-OA3, by HSBC BANK
USA, NATIONAL ASSOCIATION, as Trustee,

                Plaintiff,

        v.

DB STRUCTURED PRODUCTS, INC.,

                Defendant.

No. 13 Civ. 2888

---

DEUTSCHE ALT-A SECURITIES MORTGAGE
LOAN TRUST, SERIES 2007-OA4, by HSBC BANK
USA, NATIONAL ASSOCIATION, as Trustee,

                Plaintiff,

        v.

DB STRUCTURED PRODUCTS, INC.,

                Defendant.

No. 13 Civ. 3685

# NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby gives notice that Evan I. Cohen has departed from Simpson Thacher & Bartlett LLP, and no longer represents DB Structured Products, Inc. in the above-captioned matters. All other attorneys of record for the above-named party remain, so no substitution is required. We request that the Clerk's Office discontinue ECF notifications to Mr. Cohen.

DATED:      New York, NY
            January 6, 2015


SIMPSON THACHER & BARTLETT LLP

By:     /s/ David J. Woll
        Thomas C. Rice (trice@stblaw.com)
        David J. Woll (dwoll@stblaw.com)
        Isaac M. Rethy (irethy@stblaw.com)

        425 Lexington Avenue
        New York, NY 10017-3954
Tel:    (212) 455-2000
Fax:    (212) 455-2502

*Counsel for Defendant DB Structured Products, Inc.*

# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-OA1, by HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee, | X : : : : | |
| Plaintiff, | : : | No. 12 Civ. 8594 |
| v. | : : | |
| DB STRUCTURED PRODUCTS, INC., | : : | |
| Defendant. | : X | |

---

| | | |
|---|---|---|
| DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA3, by HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee, | X : : : : | |
| Plaintiff, | : : | No. 13 Civ. 2888 |
| v. | : : | |
| DB STRUCTURED PRODUCTS, INC., | : : | |
| Defendant. | : X | |

---

| | | |
|---|---|---|
| DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA4, by HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee, | X : : : : | |
| Plaintiff, | : : | No. 13 Civ. 3685 |
| v. | : : | |
| DB STRUCTURED PRODUCTS, INC., | : : | |
| Defendant. | : : X | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby gives notice that Evan I. Cohen has departed from Simpson Thacher & Bartlett LLP, and no longer represents DB Structured Products, Inc. in the above-captioned matters. All other attorneys of record for the above-named party remain, so no substitution is required. We request that the Clerk's Office discontinue ECF notifications to Mr. Cohen.


DATED:      New York, NY
            January 6, 2015


SIMPSON THACHER & BARTLETT LLP

By:     /s/ David J. Woll
        Thomas C. Rice (trice@stblaw.com)
        David J. Woll (dwoll@stblaw.com)
        Isaac M. Rethy (irethy@stblaw.com)

        425 Lexington Avenue
        New York, NY 10017-3954
Tel:    (212) 455-2000
Fax:    (212) 455-2502

*Counsel for Defendant DB Structured Products, Inc.*